# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT CARDELL FLOWERS

NO. 2024 KW 0590

**OCTOBER 7, 2024**

---

In Re: Robert Cardell Flowers, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 536912-1.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

> EW
> SMM
> HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT